UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA M. PASDEN,

        Plaintiff,

v.                                      Case No. 15-12128

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
        _____/

**JUDGMENT**

In accordance with the court's "Opinion and Order (2) Overruling Plaintiff's Objection; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Denying Plaintiff's Motion for Summary Judgment" dated September 22, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Christina M. Pasden.

Dated at Detroit, Michigan, this 22nd day of September 2016.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                                S/ Lisa Wagner
                                         By:  Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland